THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY, Respondent.

(Argued October 10, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon

an order made May 13, 1892, which overruled plaintiff's exceptions and directed judgment in favor of defendant upon a verdict directed by the court.

*David J. Dean* for appellant.

*Henry H. Anderson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.